UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH-PMF )  )  MDL No. 2100 )  |

**This Document Relates To:**

*Christy Keeton v. Bayer Corporation, et al.*     No. 10-cv-11960-DRH

*Kari Slankster v. Bayer Corporation, et al.*     No. 11-cv-12744-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court on defendant's Motion for Order to Show Cause Why Case Should not be Dismissed for Failure to Comply with CMO 61.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order adopting Special Master's Report and Recommendation filed on January 15, 2014, the above captioned cases are **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
         **Deputy Clerk**

**Dated:**  January 21, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.21
15:32:46 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT